**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**


**CIVIL ACTION NO. 10-57-JBC**

**SHAMIL A. MUQUIT,**                                                      **PETITIONER,**

**V.**                                          **ORDER**

**RANDY WHITE, WARDEN,**
**GREEN RIVER CORRECTIONAL COMPLEX,**                          **RESPONDENT.**

**\* \* \* \* \* \* \* \* \* \***

This matter is before the court on Magistrate Judge Candace J. Smith's

report and recommendation for disposition of Shamil A. Muquit's petition for a writ

of habeas corpus (R. 12).  Neither party has filed objections.  Having reviewed the

report and recommendation and the record, the court **ORDERS** as follows:

(1) Judge Smith's report and recommendation (R. 12) are **ADOPTED** as the

opinion of the court.

(2) The respondent's motion to dismiss (R. 7) is **GRANTED**.

(3) Muquit's petition for a writ of habeas corpus (R. 1) is **DENIED**.

(4) A certificate of appealability is **DENIED** for the reasons stated in Section

IV of Judge Smith's recommendation.

(5) This matter shall be **CLOSED** and **STRICKEN** from the active docket.

A separate judgment will issue.

Signed on  April 29, 2011



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY